IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM. NO. CCB-18-0514 |
| JOHN DWIGGINS | : |

...oooOooo...

## STATUS REPORT AND REQUEST THAT DEFENDANT'S SENTENCING MEMORANDUM BE DUE BY TUESDAY, JANUARY 28, 2020, ONE WEEK BEFORE SENTENCING

Nathans & Biddle LLP, by Robert W. Biddle, Esquire, counsel to the Defendant, JOHN DWIGGINS, respectfully requests that the Court allow undersigned counsel to file the Defendant's sentencing memorandum no later than January 28, 2020. Mr. Dwiggins' sentencing has been postponed more than once and is now scheduled for February 4, 2020, at 9.15AM. There is currently no firm schedule for the filing of the Defendant's sentencing memorandum. *See* ECF #27, filed on February 6, 2019. Typically, that memorandum would be due two weeks before sentencing, *id.*, which now would be January 21, 2020. Counsel anticipates being able to make a more complete presentation regarding sentencing issues by January 28 rather than earlier and therefore requests that this Court authorize the filing of the sentencing memorandum by January 28.

Respectfully submitted,

/s/

---

Robert W. Biddle, Esq.
Nathans & Biddle LLP
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
410-783-0272

Dated: January 13, 2020

## CERTIFICATE OF SERVICE

It is stated on this 13th day of January, 2020, this notice was served by efiling on counsel of record.

/s/

---

Robert W. Biddle